PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 23-JUN-2005 FOR: 2000Z00532/001 PAGE: 1 OF 2

DEBTOR: Bleess, Lindsey E.
COURT NUMBER: 00-1654 PAM/JGL PRIORITY CODE:
CURRENT LIABILITY BALANCE: $6,299.51

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0011 | PMNT | WA | 23-JUN-2004 | GR/G | ZARBOK CONST | MN /04/185 | 33829 | | $67.14 | 23-JUN-2004 |
| 0012 | PMNT | WA | 23-JUN-2004 | GR/G | ZARBOK CONST | MN /04/185 | 33896 | | $191.62 | 23-JUN-2004 |
| 0013 | PMNT | WA | 23-JUN-2004 | GR/G | ZARBOK CONST | MN /04/185 | 33861 | | $200.98 | 23-JUN-2004 |
| 0014 | PMNT | WA | 23-JUN-2004 | GR/G | ZARBOK CONST | MN /04/185 | 33932 | | $198.64 | 23-JUN-2004 |
| 0015 | PMNT | WA | 23-JUN-2004 | GR/G | ZARBOK CONST | MN /04/185 | 33967 | | $170.95 | 23-JUN-2004 |
| 0016 | PMNT | WA | 23-JUN-2004 | GR/G | ZARBOK CONST | MN /04/185 | 34009 | | $205.13 | 23-JUN-2004 |
| 0017 | PMNT | WA | 23-JUN-2004 | GR/G | ZARBOK CONST | MN /04/185 | 34055 | | $166.85 | 23-JUN-2004 |
| 0018 | PMNT | WA | 24-JUN-2004 | GR/G | ZARBOK CONST INC | MN /04/186 | 34101 | | $263.11 | 24-JUN-2004 |
| 0019 | PMNT | WA | 02-JUL-2004 | GR/G | Zarbok Construction | MN /04/192 | 34150 | | $257.10 | 02-JUL-2004 |
| 0020 | PMNT | WA | 06-JUL-2004 | GR/G | Zarbok | MN /04/193 | 34201 | | $257.10 | 06-JUL-2004 |
| 0021 | PMNT | WA | 12-JUL-2004 | GR/G | Zarbok | MN /04/198 | 34251 | | $205.13 | 12-JUL-2004 |
| 0022 | PMNT | WA | 28-JUL-2004 | GR/G | Zarbok Construction | MN /04/212 | 34299 | | $162.07 | 28-JUL-2004 |
| 0023 | PMNT | WA | 28-JUL-2004 | GR/G | Zarbok Construction | MN /04/212 | 34347 | | $195.56 | 28-JUL-2004 |
| 0024 | PMNT | WA | 02-AUG-2004 | GR/G | Zarbok Construction | MN /04/215 | 34396 | | $200.34 | 02-AUG-2004 |
| 0025 | PMNT | WA | 17-AUG-2004 | GR/G | Zarbok Construction | MN /04/226 | 34494 | | $202.74 | 17-AUG-2004 |
| 0026 | PMNT | WA | 17-AUG-2004 | GR/G | Zarbok Construction | MN /04/226 | 34446 | | $242.08 | 17-AUG-2004 |
| 0027 | PMNT | WA | 23-AUG-2004 | GR/G | Zarbok | MN /04/230 | 34542 | | $200.34 | 23-AUG-2004 |
| 0031 | PMNT | WA | 30-AUG-2004 | GR/G | ZARBOK CONSTRUCTION | MN /04/235 | 34587 | | $185.99 | 30-AUG-2004 |
| 0032 | PMNT | WA | 07-SEP-2004 | GR/G | ZARBOK CONST | MN /04/240 | 34630 | | $200.34 | 07-SEP-2004 |
| 0033 | PMNT | WA | 16-SEP-2004 | GR/G | ZARBOK CONST | MN /04/247 | 34671 | | $195.56 | 16-SEP-2004 |
| 0034 | PMNT | WA | 20-SEP-2004 | GR/G | ZARBOK CONST CO | MN /04/249 | 34714 | | $170.36 | 20-SEP-2004 |
| 0035 | PMNT | WA | 28-SEP-2004 | GR/G | ZARBOK CONST | MN /04/255 | 34756 | | $166.85 | 28-SEP-2004 |
| 0037 | PMNT | WA | 13-DEC-2004 | TV/B | | | TOP | | $627.47 | 13-DEC-2004 |
| 0038 | PMNT | WA | 09-MAY-2005 | TV/B | | | TOP | | $3,108.00 | 10-MAY-2005 |

Total Payments for Debtor: $8,041.45