CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) CIVIL NO. 00-1654 PAM/JGL
v. )
)
LINDSEY E. BLEESS, )
)
Defendant. )

I hereby certify that on 6/24/05, I served, or caused to be served, the following documents:

NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Zarbok Construction, Inc.
XXXXX XXXXXXXXXXX XXXXXX
Farmington, MN 55024

Lindsey E. Bleess
XXX XXXXXXXX XXXXXX XXXXX
Mahtomedi, MN 55115

s/ Stacey E. Kulevich
STACEY E. KULEVICH