UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1654 PAM/JGL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINDSEY E. BLEESS,<br><br>Defendant,<br><br>ZARBOK CONSTRUCTION, INC.,<br><br>Garnishee. | NOTICE OF FINAL ACCOUNTING OF GARNISHMENT OF DEFENDANT |

TO: Lindsey E. Bleess, the judgment debtor, and Zarbok Construction, Inc., Garnishee.

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are hereby notified of the final accounting of the garnishment of defendant, Lindsey E. Bleess.

A Writ of Garnishment was duly issued by the Court and was personally served on the garnishee and on the judgment debtor on or about May 26, 2004. As of the date of service, the garnishee, as the judgment debtor's employer, had, in its possession and under its control, personal property belonging to and due the judgment debtor in the form of wages.

The garnishee has withheld 25% of the judgment debtor's disposable earnings each pay period, pursuant to the garnishment order. The payments received by the U.S. Attorney's Office are reflected on the attached Payment History.

PLEASE TAKE NOTICE: If you, the judgment debtor or the

garnishee, object to this accounting, you must file: (1) a written objection to the accounting, and (2) a request for a hearing, stating your grounds for the objection within 10 days from the date you receive this final accounting, with the Clerk of Court, United States District Court, 202 United States Courthouse Building, 300 South Fourth Street, Minneapolis, Minnesota 55415. The court shall hold a hearing on the objection within 10 days after the court receives the request for a hearing, or as soon thereafter as is practicable. 28 U.S.C. § 3205(c)(9)(B).

Dated: June 7, 2006

Respectfully submitted,

RACHEL K. PAULOSE
United States Attorney

s/ M. Trippler

BY: MARY TRIPPLER
Assistant U. S. Attorney
Attorney ID No. 110887