PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 31-MAY-2006

FOR: 2000Z00532/001

DEBTOR: Bleess, Lindsey E.

COURT NUMBER: 00-1654 PAM/JGL

PRIORITY CODE:

CURRENT LIABILITY BALANCE: $3,724.82

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0011 | PMNT | WA | 23-JUN-2004 | GR/G | ZARBOK CONST | MN /04/185 | 33829 | | $67.14 | 23-JUN-2004 |
| 0012 | PMNT | WA | 23-JUN-2004 | GR/G | ZARBOK CONST | MN /04/185 | 33896 | | $191.62 | 23-JUN-2004 |
| 0013 | PMNT | WA | 23-JUN-2004 | GR/G | ZARBOK CONST | MN /04/185 | 33861 | | $200.98 | 23-JUN-2004 |
| 0014 | PMNT | WA | 23-JUN-2004 | GR/G | ZARBOK CONST | MN /04/185 | 33932 | | $198.64 | 23-JUN-2004 |
| 0015 | PMNT | WA | 23-JUN-2004 | GR/G | ZARBOK CONST | MN /04/185 | 33967 | | $170.95 | 23-JUN-2004 |
| 0016 | PMNT | WA | 23-JUN-2004 | GR/G | ZARBOK CONST | MN /04/185 | 34009 | | $205.13 | 23-JUN-2004 |
| 0017 | PMNT | WA | 23-JUN-2004 | GR/G | ZARBOK CONST | MN /04/185 | 34055 | | $166.85 | 23-JUN-2004 |
| 0018 | PMNT | WA | 24-JUN-2004 | GR/G | ZARBOK CONST INC | MN /04/186 | 34101 | | $263.11 | 24-JUN-2004 |
| 0019 | PMNT | WA | 02-JUL-2004 | GR/G | Zarbok Construction | MN /04/192 | 34150 | | $257.10 | 02-JUL-2004 |
| 0020 | PMNT | WA | 06-JUL-2004 | GR/G | Zarbok | MN /04/193 | 34201 | | $257.10 | 06-JUL-2004 |
| 0021 | PMNT | WA | 12-JUL-2004 | GR/G | Zarbok | MN /04/198 | 34251 | | $205.13 | 12-JUL-2004 |
| 0022 | PMNT | WA | 28-JUL-2004 | GR/G | Zarbok Construction | MN /04/212 | 34299 | | $162.07 | 28-JUL-2004 |
| 0023 | PMNT | WA | 28-JUL-2004 | GR/G | Zarbok Construction | MN /04/212 | 34347 | | $195.56 | 28-JUL-2004 |
| 0024 | PMNT | WA | 02-AUG-2004 | GR/G | Zarbok Construction | MN /04/215 | 34396 | | $200.34 | 02-AUG-2004 |
| 0025 | PMNT | WA | 17-AUG-2004 | GR/G | Zarbok Construction | MN /04/226 | 34494 | | $202.74 | 17-AUG-2004 |
| 0026 | PMNT | WA | 17-AUG-2004 | GR/G | Zarbok Construction | MN /04/226 | 34446 | | $242.08 | 17-AUG-2004 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0027 | PMNT | WA | 23-AUG-2004 | GR/G | Zarbok | MN | /04/230 | 34542 | $200.34 | 23-AUG-2004 |
| 0031 | PMNT | WA | 30-AUG-2004 | GR/G | ZARBOK CONSTRUCTION | MN | /04/235 | 34587 | $185.99 | 30-AUG-2004 |
| 0032 | PMNT | WA | 07-SEP-2004 | GR/G | ZARBOK CONST | MN | /04/240 | 34630 | $200.34 | 07-SEP-2004 |
| 0033 | PMNT | WA | 16-SEP-2004 | GR/G | ZARBOK CONST | MN | /04/247 | 34671 | $195.56 | 16-SEP-2004 |
| 0034 | PMNT | WA | 20-SEP-2004 | GR/G | ZARBOK CONST CO | MN | /04/249 | 34714 | $170.36 | 20-SEP-2004 |
| 0035 | PMNT | WA | 28-SEP-2004 | GR/G | ZARBOK CONST | MN | /04/255 | 34756 | $166.85 | 28-SEP-2004 |
| 0037 | PMNT | WA | 13-DEC-2004 | TV/B | | | | TOP | $627.47 | 13-DEC-2004 |
| 0038 | PMNT | WA | 09-MAY-2005 | TV/B | | | | TOP | $3,108.00 | 10-MAY-2005 |
| 0039 | PMNT | WA | 27-JUN-2005 | GR/G | Zarbok | MN | /05/174 | 866 | $210.71 | 27-JUN-2005 |
| 0040 | PMNT | WA | 05-JUL-2005 | GR/G | Zarbok Construction | MN | /05/180 | 926 | $195.92 | 05-JUL-2005 |
| 0041 | PMNT | WA | 11-JUL-2005 | GR/G | ZARBOK CONSTRUCTION | MN | /05/184 | 986 | $210.71 | 11-JUL-2005 |
| 0042 | PMNT | WA | 18-JUL-2005 | GR/G | Zarbok Construction | MN | /05/188 | 1045 | $171.28 | 18-JUL-2005 |
| 0043 | PMNT | WA | 25-JUL-2005 | GR/G | Zarbok Construction | MN | /05/194 | 1107 | $195.92 | 25-JUL-2005 |
| 0044 | PMNT | WA | 01-AUG-2005 | GR/G | ZARBOK CONST | MN | /05/199 | 1232 | $171.28 | 01-AUG-2005 |
| 0045 | PMNT | WA | 09-AUG-2005 | GR/G | ZARBOK CONSTRUCTION | MN | /05/206 | 1290 | $210.71 | 09-AUG-2005 |
| 0046 | PMNT | WA | 15-AUG-2005 | GR/G | Zarbok Construction | MN | /05/210 | 1353 | $210.71 | 15-AUG-2005 |
| 0047 | PMNT | WA | 22-AUG-2005 | GR/G | ZARBOK CONSTRUCTION | MN | /05/214 | 1412 | $200.85 | 22-AUG-2005 |
| 0048 | PMNT | WA | 29-AUG-2005 | GR/G | ZARBOK CONST | MN | /05/218 | 1470 | $171.27 | 29-AUG-2005 |
| 0049 | PMNT | WA | 08-SEP-2005 | GR/G | ZARBOK CONSTR | MN | /05/226 | 171.28 | $171.28 | 08-SEP-2005 |
| 0050 | PMNT | WA | 12-SEP-2005 | GR/G | ZARBOK CONST | MN | /05/228 | 1587 | $225.13 | 12-SEP-2005 |
| 0051 | PMNT | WA | 19-SEP-2005 | GR/G | L. BLEESS | MN | /05/233 | 1645 | $185.69 | 19-SEP-2005 |
| 0052 | PMNT | WA | 26-SEP-2005 | GR/G | Zarbok Construction | MN | /05/238 | 1699 | $205.78 | 26-SEP-2005 |
| 0054 | PMNT | WA | 28-APR-2006 | CH/Y | Chapter 13 Trustee | MN | /06/146 | 4342450 | $108.39 | 28-APR-2006 |

Total Payments for Debtor: $10,887.08